UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-1 MICHAEL CURRIE,

        Defendant.

Case No. 23-cr-20203
Hon. Mark A. Goldsmith

---

**PRELIMINARY ORDER OF FORFEITURE**

---

Based upon the Indictment, the Defendant Michael Currie's c guilty plea, the Rule 11 Plea Agreement, the Government's Application for Entry of Preliminary Order of Forfeiture, and other information contained in the record, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The United States' Application for Entry of Preliminary Order of Forfeiture is **GRANTED**; and

2. The Defendant, Michael Currie, shall forfeit to the United States his interest in in any and all property, real or personal, which constitutes proceeds obtained or derived, directly or indirectly, from his violation of 18 U.S.C. § 1349, as charged in Count 1 of the Indictment.

3. A personal forfeiture money judgment in the amount of **One Million Five Hundred and Four Thousand One Hundred Sixty-Four Dollars and 43/100 ($1,504,164.43)** is **IMPOSED AND ENTERED** against the Defendant in favor of the United States which represents gross proceeds obtained or derived, directly or indirectly, as a result of the Defendant's violations, as alleged in the Indictment.

4. The forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under control of the Defendant. To satisfy the money judgment, any assets the Defendant has now, or may later acquire may be forfeited as substitute assets as allowed under 21 U.S.C. § 853(p).

5. Pursuant to Fed. R. Crim. P. 32.2, this Preliminary Order of Forfeiture shall become final as to the Defendant upon entry and the personal forfeiture money judgment shall be made part of the Defendant's sentence and included in his Judgment and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

6. Upon entry of this Preliminary Order of Forfeiture, the United States may conduct discovery in accordance with the Federal Rules of Civil Procedure.

7. The provisions of this Order will survive the Defendant, notwithstanding the abatement of any underlying criminal conviction after the entry of this Order. The forfeitability of any particular property pursuant to this Order shall be

determined as if the Defendant had survived, and that determination shall be binding upon the Defendant's heirs, successors, and assigns until the forfeiture money judgment amount is collected in full.

8. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
UNITED STATES DISTRICT JUDGE

Dated:  October 16, 2024